THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under Deed of Trust Made by JABEZ A. BOSTWICK, etc., Respondent, v. EGERTON L. WINTHROP, JR.,

as Executor, etc., of EVELYN BOSTWICK VORONOFF, Deceased, and Others, Defendants, Impleaded with EVELYN FRANCIS and Another, Appellants, and the TRUSTEES OF WAKE FOREST COLLEGE, OF WAKE FOREST, NORTH CAROLINA, Respondent. — Judgment affirmed, with costs to respondents, and allowance to the guardian *ad litem*, payable out of the fund. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.